UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
_____

UNITED STATES OF AMERICA,                               01-CR-529 (BSJ)

v.

MORRIS WEISSMAN,

        Defendant.
_____

## NOTICE OF CHANGE OF ADDRESS

To:    Attorney Admission Clerk and All Other Parties

    Pursuant to Local Rule 1.3 of this Court, please take notice of the following attorney information changes for Cathy Fleming.

Attorney

I am a U.S.D.C., Southern District of New York attorney.  My Bar Number is: CF2682.

Law Firm Association

From:  Nixon Peabody LLP

To:    Hodgson Russ LLP
       1540 Broadway
       New York, New York 10036
       (646) 218-7644
       (646) 218-7670 (fax)
       Email: cfleming@hodgsonruss.com

I will continue to be counsel of record for defendant Morris Weissman on the above-entitled case at the new firm.

Dated:  September 8, 2009               HODGSON RUSS LLP

                                      By:   _____
                                                Cathy Fleming (CF-2682)
                                                1540 Broadway
                                                New York, New York 10036
                                                (212) 751-4300