**DICKSTEIN**SHAPIRO LLP

1633 Broadway | New York, NY 10019-6708
TEL (212) 277-6500 | FAX (212) 277-6501 | dicksteinshapiro.com

May 24, 2010

**BY HAND**

Honorable Barbara S. Jones
United States District Judge
United States Courthouse
For the Southern District of New York
500 Pearl Street – Room 1920
New York, NY 10007



Re: United States v. Morris Weissman 01 Cr. 529 (BSJ)

Dear Judge Jones:

We are counsel to Jody Weissman, wife of defendant Morris Weissman in the above-referenced case.

It is our understanding that Mr. Weissman has been convicted and is awaiting sentencing. Ms. Weissman posted, on behalf of her husband, her home as collateral for a Personal Recognizance Bond. Attached are documents which reference the home and was valued at $1,250,000. The total amount of bail was $1,500,000. The balance of $250,000 constitutes cash collateral which we understand was posted by Mr. Weissman.

Ms. Weissman wishes to sell the home and accordingly, we respectfully request that the lien on the home be removed. I have spoken to Cathy Fleming counsel for Mr. Weissman, and to Assistant United States Attorney Gene Ingoglia and advised them that we will be making an application to the Court for removal of the lien.

I was advised by one of your clerks to state our position by letter. We respectfully request a hearing as soon as possible to resolve this issue.

Respectfully submitted,

Ira Lee Sorkin
(212) 277-6576
sorkini@dicksteinshapiro.com

ILS:mm
Enc.

**DICKSTEIN**SHAPIRO LLP

Honorable Barbara S. Jones
May 24, 2010
Page 2

cc: Cathy Fleming, Esq. (By hand)
Hodgson & Russ LLC
1540 Broadway, 24th floor
New York, NY   10036

Gene Ingoglia, Esq. (By hand)
Assistant United States Attorney

> application granted.
> a hearing is scheduled
> for June 24, 2010 at 2:00 p.m.
> in courtroom 17C.
> So ordered: /s/ Barbara S. J.
> 5/26/10        U.S.D.J.