```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/21/10
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

                Plaintiff,              01 Cr. 529 (BSJ)

-against-

MORRIS WEISSMAN,              ORDER

                Defendant.

      UPON application of Jody Weissman (Ira Lee Sorkin, Esq. appearing) and upon notice to and consent of the defendant Morris Weissman through counsel (Cathy Fleming, Esq. appearing), and upon notice to and consent of the United States (Eugene Ingoglia, Esq. appearing), and upon the prior proceedings hereto and for good cause shown,

      IT IS this 21st day of June, 2010

ORDERED

      That the conditions of Morris Weissman's bail be and hereby are modified as follows:

      (1)    Jody Weissman is removed as a surety on the personal recognizance bond;

      (2)    the property at 122 Kings Road, Palm Beach, Florida is hereby removed as additional security for Mr. Weissman's appearance bond and the Appearance Bond Collateral Mortgage filed with the Clerk of Palm Beach County may be released or deemed satisfied; and

      (3)    David Weissman and Andrew Weissman will sign as co-signors on the personal recognizance bond, within ten business days of this order.

*The conference scheduled on this matter for June 24, 2010 is cancelled by*

SO ORDERED.

                                              /s/ Barbara S. Jones
                                              Hon. Barbara S. Jones, U.S.D.J.
                                              6-21-10

057642/00000 Litigation 7551438v1