```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------x
                                     :
UNITED STATES OF AMERICA,            :
                                     :
                                     :   01 cr. 529 (BSJ)
            v.                       :
                                     :
                                     :   Order
                                     :
MORRIS WEISSMAN,                     :
                                     :
                                     :
            Defendant.               :
------------------------------------x
```

**BARBARA S. JONES**
**UNITED STATES DISTRICT JUDGE**

Upon application of Jody Weissman, the Court orders the clerk of court to release $250,000 in bail monies posted on behalf of the defendant, Morris Weissman. Defendant Weissman is ordered to post $250,000 in bail monies within 90 days of the Ms. Weissman's receipt of the $250,000, or promptly make an application to this Court for a bail modification.

SO ORDERED:

                                           BARBARA S. JONES
                                           UNITED STATES DISTRICT JUDGE

Dated:   New York, New York
         October 23, 2010